### 18272.　KENNEDY *et al. v.* THE STATE.

Declarations of the State's witness that he testified falsely on the trial did not require a new trial.

*Decided July 26, 1927.*

Assault and battery; from Columbia superior court—Judge A. L. Franklin. May 5, 1927.

*J. B. & T. R. Burnside, J. T. Olive,* for plaintiffs in error.

*George Hains, solicitor-general, John M. Graham,* contra.

Luke, J. This case was heretofore here for review, and is reported in 36 *Ga. App.* 602 (137 S. E. 573). It is now here on exception to the overruling of an extraordinary motion for a new trial, and the ground of the motion is that "because, a short time

Criminal Law, 16 C. J. p. 1189, n. 70.

after the trial of said case at the September term, 1926, of said court, James Elam, the witness who claimed to have been beaten by defendants, admitted that he had perjured himself in the trial of said case, as will appear by affidavit of W. C. Clary hereto attached." The affidavit was to the effect that the said witness admitted to affiant that he had testified falsely upon the trial of the case against the defendants. Upon the authority of *Norwood* v. *State,* 28 *Ga. App.* 238 (5), 240 (111 S. E. 59), and cit., the judgment overruling the extraordinary motion for a new trial must be affirmed.

*Judgment affirmed. Broyles, C. J.; and Bloodworth, J., concur*